RONALD WISLOCKI *v.* TOWN OF PROSPECT ET AL.
(10783)

NORCOTT, LANDAU and HEIMAN, Js.

Argued May 11—decision released June 2, 1992

*Ross Lessack,* with whom, on the brief, was *Edward T. Dodd, Jr.,* for the appellant (plaintiff).

*Ralph A. Russo,* for the appellee (named defendant).

*Brewster Blackall,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Charles A. Overend* and *Ernie R. Walker,* assistant attorneys general, for the appellee (defendant Second Injury and Compensation Assurance Fund).

PER CURIAM. The judgment is affirmed.